# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CARLOS RAY BROWNING,**
**ADC #122856**                                                                                                  **PLAINTIFF**

**V.                         CASE NO. 4:17-CV-00292 JM/BD**

**JOHNSON, et al.**                                                                                              **DEFENDANTS**

## ORDER

Plaintiff Carlos Ray Browning filed this civil rights case pro se on May 5, 2017 (docket entry #1) and filed an amended complaint on May 18 (#5). Based on allegations in the amended complaint, the Clerk of Court is directed to add Nurse Cook and Nurse Burton as named Defendants. (#5)

For screening purposes, Mr. Browning has stated individual-capacity claims for deliberate indifference to medical needs against Defendants Cook, Burton, and Doe. He has also adequately alleged a medical-indifference claim against Turn Key Health for an unconstitutional custom or policy in providing health care for inmates and a claim for corrective-inaction against Defendant Pratt in his individual capacity.[1]

The Clerk of Court is directed to prepare summonses for Defendants Cook, Burton, Pratt, and Turn Key Health. The United States Marshal is directed to serve copies of the Complaint and the Amended Complaint, with any attachments (#2, #5), and a summons for each of these Defendants, without requiring prepayment of fees and costs or security. Service for these Defendants should be through counsel, Benjamin Jackson,

---

[1]All other claims are discussed in a separate order.

Mitchell, Williams, Selig, Gates & Woodyard, 425 West Capitol Avenue, Suite 1800, Little Rock, Arkansas 72201.

IT IS SO ORDERED, this 31st day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE