IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLOS RAY BROWNING,
ADC #122856                                                                 PLAINTIFF

V.                            CASE NO. 4:17-CV-292-JM-BD

JOHNSON, et al.                                                            DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Browning's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Browning's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 7th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE